

**IT IS ORDERED as set forth below:**

Date: September 21, 2018

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISON

IN RE:

BRENDA SHIRLEY,  : CHAPTER 13
        Debtor.  :
         : CASE NO.: 15-73767-JRS
         :

## ORDER APPROVING LOAN MODIFICATION

On July 16, 2018, Debtor filed a Motion to Approve Loan Modification (the "Motion") (Doc. No. 41) of Debtor's mortgage with her mortgage servicer, Bank of America, N.A. for the real property located at 3882 Kenner Drive Atlanta, Georgia 30331 ("Property"). The Motion sought to (i) reduce the interest rate to 2.875%, (ii) reduce the month principal and interest payment to $612.58 of which $322.99 will be for principal and interest, and $289.59 for escrow payments for property taxes and insurance, (iii) include all amounts and arrearages that are past due in the new principal loan amount of $77,847.90 (iv) the new Maturity Date is July 1,2048. Hearing on

the Motion was set for August 7, 2018 and Debtor asserts notice was properly served to affected parties, their attorneys and the Chapter 13 Trustee. Debtor further asserts that once the loan modification is officially approved, Debtor will amend her budget accordingly. If Bank of America, N.A. does not file an amended proof of claim to reflect the loan modification, Debtor will file an objection to their claim. No Opposition for the Motion was raised and for good cause shown, it is hereby

ORDERED that Debtor's Motion is **granted**; Debtor may proceed to execute a modification of the loan on her Property with her mortgage servicer, Bank of America, N.A. pursuant to the terms set forth in the Motion.

The Clerk is directed to serve a copy of the Order upon all parties on the distribution list as provided by Debtors' Counsel and attached hereto, as well as other creditors and parties in interest herein.

[END OF DOCUMENT]

Prepared and presented by:
____/s/_____
Howard Slomka
Georgia Bar No. 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE,
Suite 1700
Atlanta, GA 30339


No Opposition:
____/s/_____
Maria Joyner
Georgia Bar No. 118350
Staff Attorney for
Nancy J Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

## DISTRIBUTION LIST

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

Brenda Shirley.
3882 Kenner Dr
Atlanta, GA  30331

Bank of America, NA
6860 Argonne St., Unit A
Denver, CO 80249

BANK OF AMERICA, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Phelan Hallinan Diamond & Jones, PLLC
11675 Great Oaks Way
Suite 375
Alpharetta, GA 30022
Attn: Ryan Starks

Bank of America, NA
100 North Tryon Street
Charlotte, NC, 28255

Bank of America, N.A.
150 N. College Street
NC1-028-17-06
Charlotte, NC 28255
Attn: Brian T. Moynihan, CEO

Bank of America, N.A.
c/o C T Corporation System
289 S Culver St
Lawrenceville, GA, 30046-4805

SEE ATTACHED FOR ADDITIONAL CREDITORS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-73767-jrs<br>Northern District of Georgia<br>Atlanta<br>Fri Sep 21 13:36:09 EDT 2018 | BANK OF AMERICA, N.A<br>PO BOX 31785<br>TAMPA, FL 33631-3785 | Bank Of America<br>Correspondence FL-1-908-01-49<br>Po Box 31785<br>Tampa, FL 33631-3785 |
| Brent D. Stamps, Atty at Law<br>PO Box 2387<br>Norcross, GA 30091-2387 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Brenda Shirley<br>3882 Kenner Drive<br>Atlanta, GA 30331-3738 |
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | Stephen Ryan Starks<br>Phelan Hallinan Diamond & Jones, PLLC<br>Suite 375<br>11675 Great Oaks Way<br>Alpharetta, GA 30022-2434 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | WACHOVIA<br>Williamson and Brown,LLC<br>4691 Clifton Pkwy<br>Hamburg, NY 14075-3201 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Title Max of Georgia<br>15 Bull Street<br>Savannah, GA 31401 | (d)TitleMax of Georgia, Inc. d/b/a TitleMax<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 | (d)BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients    2<br>Total                 16 |